(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Indiana | Voluntary Petition |
|---|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>MacDonald, Jeffrey E. | | **Name of Joint Debtor** (Spouse) (Last, First, Middle):<br>MacDonald, Tammy A. |
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>AKA Tammy James |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>xxx-xx-8242 | | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>xxx-xx-3417 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>227 Webb Street<br>Hammond, IN 46320 | | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>227 Webb Street<br>Hammond, IN 46320 |
| County of Residence or of the<br>Principal Place of Business: **Lake** | | County of Residence or of the<br>Principal Place of Business: **Lake** |
| Mailing Address of Debtor (if different from street address): | | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | | |

**Information Regarding the Debtor** (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) | | |
|---|---|---|---|---|
| ■ Individual(s) | ☐ Railroad | ■ Chapter 7 | ☐ Chapter 11 | ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | | |
| ☐ Other _____ | ☐ Clearing Bank | | | |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
|---|---|---|
| ■ Consumer/Non-Business | ☐ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | | |
| ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | | |

**Statistical/Administrative Information** (Estimates only)   THIS SPACE IS FOR COURT USE ONLY
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over | | |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | | |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**MacDonald, Jeffrey E.**<br>**MacDonald, Tammy A.** | **FORM B1**, Page 2 |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X    **/s/ Jeffrey E. MacDonald**
Signature of Debtor **Jeffrey E. MacDonald**

X    **/s/ Tammy A. MacDonald**
Signature of Joint Debtor **Tammy A. MacDonald**

_____
Telephone Number (If not represented by attorney)

**October 14, 2005**
Date

**Signature of Attorney**

X    **/s/ William E. Dittrich**
Signature of Attorney for Debtor(s)
**William E. Dittrich 17298-64**
Printed Name of Attorney for Debtor(s)
**William E Dittrich, Attorney at Law**
Firm Name
**3601 Ridge Road**
**Highland, IN 46322**
Address     Email: w.dittrich@comcast.net
**219-972-1270  Fax: 219-923-7742**
Telephone Number
**October 14, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X    **/s/ William E. Dittrich**     **October 14, 2005**
Signature of Attorney for Debtor(s)    Date
**William E. Dittrich 17298-64**

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

```
AM-EX
NCO FINANCIAL SYSTEMS
P.O. BOX 41747
PHILADELPHIA, PA 19101-1457


AM-EX
NATIONWIDE CREDIT INC.
P.O. BOX 740640
ATLANTA, GA 30374-0640


BANK OF AMERICA
CREDITORS INTERCHANGE
P.O. BOX 1335
BUFFALO, NY 14240-1335


BANK ONE
CLIENT SERVICES, INC.
3451 HARRY TRUMAN BLVD.
SAINT CHARLES, MO 63301-4047


BANK ONE
ENCORE REEIVABLE MGMT. INC.
P.O. BOX 3330
OLATHE, KS 66063-3330


BEST BUY
EMCC RECEIVABLES LLC
33 RIBERSIDE DRIVE
PEMBROKE, MA 02359


CAPITAL ONE
BOWMAN, HEINTZ, BOSCIA & VICIAN, PC
8605 BROADWAY
MERRILLVILLE, IN 46410


CHASE
CLIENT SERVICES
3451 HARRY TRUMAN BLVD.
SAINT CHARLES, MO 63301-4047


CITICARDS
CITICORP. CREDIT SERVICE, INC.
P.O. BOX 140516
TOLEDO, OH 43614-0516
```

DISCOVER
R. MATTHEW VAN SICKLE
525 VINE ST., SUITE 800
CINCINNATI, OH 45202

GE CONSUMER
NCO FINANCIAL SYSTEMS
P.O. BOX 41457
PHILADELPHIA, PA 19101-1457

HOME DEPOT
OSI COLLECTION SERVICES, INC.
P.O. BOX 946
BROOKFIELD, WI 53008-0946

MBNA
TRUELOGIC FINANCIAL CORP.
P.O. BOX 4387
ENGLEWOOD, CO 80155-4387

MBNA
WOLPOFF & ABRAMSON, LLP
TWO IRVINGTON CENTRE
702 KING FARM BLVD.
ROCKVILLE, MD 20850-5775

MBNA
KENNETH R. WAKE
125 S. WACKER DR., SUITE 400
CHICAGO, IL 60606

MEIJER
NCO FINANCIAL SYSTEMS
P.O. BOX 41457
PHILADELPHIA, PA 19101-1457

MENDARDS
PIONEER CREDIT RECOVERY INC.
P.O. BOX 279
ARCADE, NY 14009

NATIONAL CITY
WOOD TOUHY GLEASON MERCER & HERRIN
111 MONUMENT CIRCLE, SUITE 3400
INDIANAPOLIS, IN 46244-0942

```
S & S LENDING
GLOBAL COLLECTION SERVICES
P.O. BOX 639
MADISONVILLE, LA 70447-0639


WALMART
NCO FINANCIAL SYSTEMS
P.O. BOX 41747
PHILADELPHIA, PA 19101-1457
```