**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/03)    Case Number **05−68053−jpk**

**UNITED STATES BANKRUPTCY COURT**
Northern District of Indiana

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 10/14/05 .

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**See Reverse Side For Important Explanations.**

| Debtor(s) (name(s) and address):<br>Jeffrey E. MacDonald<br>227 Webb Street<br>Hammond, IN 46320 | Tammy A. MacDonald<br>227 Webb Street<br>Hammond, IN 46320 |
|---|---|

All Other Names used by the Debtor(s) in the last 6 years (including married, maiden, and trade names):
aka Tammy James

| Case Number:<br>05−68053−jpk | Social Security/Taxpayer ID Nos.:<br>xxx−xx−8242<br>xxx−xx−3417 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>William E. Dittrich<br>3601 Ridge Road<br>Highland, IN 46322<br>Telephone number:  (219) 972−1270 | Trustee assigned by U.S. Trustee (name and address):<br>Daniel L. Freeland<br>2136 45th Avenue<br>Highland, IN 46322<br>Telephone number:  219−922−0800 |

## Meeting of Creditors:

Date: **December 27, 2005**       Time: **10:00 AM**       Note:  **Professional Dress Required!**
**Photo ID Required!**
**Proof of SSN Required!**

Location:  **1st Floor, Suite 1700, Corner of Hohman Ave & Douglas St, Hammond, IN 46320**

## Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: 2/27/06**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

**No two−sided filings permitted pursuant to N.D.Ind. L.B.R. B−5005−2(a)**
**Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.**

| Address of the Bankruptcy Clerk's Office:<br>HAMMOND DIVISION<br>5400 Federal Plaza<br>Suite 2200<br>Corner of Hohman Ave & Douglas St<br>Hammond, Indiana 46320<br>   Telephone Number: (219) 852−3480 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Christopher M. DeToro |
|---|---|
| Hours Open:  Monday − Friday 9:00 AM − 4:00 PM | Date:  10/16/05 |

## EXPLANATIONS

FORM B9A (9/97)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), (6), or (15), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |

–– Refer to Other Side for Important Deadlines and Notices ––

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0755-6          User: dzack              Page 1 of 1              Date Rcvd: Oct 17, 2005
Case: 05-68053                Form ID: b9a             Total Served: 26

The following entities were served by first class mail on Oct 19, 2005.
db         +Jeffrey E. MacDonald,    227 Webb Street,    Hammond, IN 46320-2309
jdb        +Tammy A. MacDonald,      227 Webb Street,    Hammond, IN 46320-2309
tr         +Daniel L. Freeland,      2136 45th Avenue,    Highland, IN 46322-3742
8404249     AM-EX,    Nationwide Credit Inc.,     P.O. Box 740640,    Atlanta, GA 30374-0640
8404248    +AM-EX,    NCO Financial Systems,    P.O. Box 41747,    Philadelphia, PA 19101-1747
8404252     Bank One,    Encore Reeivable Mgmt. Inc.,     P.O. Box 3330,    Olathe, KS 66063-3330
8404251    +Bank One,    Client Services, Inc.,     3451 Harry Truman Blvd.,    Saint Charles, MO 63301-9816
8404250     Bank of America,    Creditors Interchange,    P.O. Box 1335,    Buffalo, NY 14240-1335
8404253    +Best Buy,    EMCC Receivables LLC,    33 Riverside Drive,    Pembroke, MA 02359-1951
8404254    +Capital One,    Bowman, Heintz, Boscia & Vician, PC,     8605 Broadway,    Merrillville, IN 46410-5598
8404255    +Chase,    Client Services,    3451 Harry Truman Blvd.,    Saint Charles, MO 63301-9816
8404256     Citicards,    Citicorp. Credit Service, Inc.,    P.O. Box 140516,    Toledo, OH 43614-0516
8404257    +Discover,    R. Matthew Van Sickle,    525 Vine St., Suite 800,    Cincinnati, OH 45202-3122
8404258     GE Consumer,    NCO Financial Systems,    P.O. Box 41457,    Philadelphia, PA 19101-1457
8404259     Home Depot,    OSI Collection Services, Inc.,    P.O. Box 946,    Brookfield, WI 53008-0946
8471494     Indiana Department of Revenue,    100 North Senate,    Room N203,    Indianapolis IN  46204-2217
8471495    +Indiana Gross Inc Div,    P.O. Box 595,    Indianapolis IN 46206-0595
8471493    +Lake County Treasurer,    2293 North Main Street,    Crown Point IN 46307-1854
8404260     MBNA,    Truelogic Financial Corp.,    P.O. Box 4387,    Englewood, CO 80155-4387
8404262    +MBNA,    Kenneth R. Wake,    125 S. Wacker Dr., Suite 400,    Chicago, IL 60606-4440
8404261    +MBNA,    Wolpoff & Abramson, LLP,    Two Irvington Centre,    702 King Farm Blvd.,
             Rockville, MD 20850-5774
8404263     Meijer,    NCO Financial Systems,    P.O. Box 41457,    Philadelphia, PA 19101-1457
8404264    +Mendards,    Pioneer Credit Recovery Inc.,    P.O. Box 279,    Arcade, NY 14009-0279
8404265    +National City,    Wood Touhy Gleason Mercer & Herrin,    111 Monument Circle, Suite 3400,
             Indianapolis, IN 46204-5199
8404266     S & S Lending,    Global Collection Services,    P.O. Box 639,    Madisonville, LA 70447-0639
8404267    +Walmart,    NCO Financial Systems,    P.O. Box 41747,    Philadelphia, PA 19101-1747

The following entities were served by electronic transmission on Oct 18, 2005 and receipt of the transmission
was confirmed on:
8404250        EDI: BANKAMER2.COM Oct 18 2005 10:45:00      Bank of America,    Creditors Interchange,
             P.O. Box 1335,    Buffalo, NY 14240-1335
                                                                                             TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 19, 2005          Signature:  *Joseph Speetjens*