UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| JEFFREY E. MACDONALD and | )   CASE NO. 05-68053-jpk |
| TAMMY A. MACDONALD | ) |
| | ) |
| Debtors. | ) |

## MOTION TO ABANDON REAL ESTATE AND TO MODIFY THE STAY

Comes now Deutsche Bank Trust Company Americas, as Trustee, by counsel, and shows to the Court as follows:

1. Deutsche Bank Trust Company Americas, as Trustee is a secured creditor of the Debtors herein.

2. The Debtors, Jeffrey E. MacDonald and Tammy A. MacDonald, are the fee simple owners of the following described real estate in Lake County, Indiana:

> Lot 1 in F.R. Mott's Calumet Avenue Addition in Hammond, as per plat thereof, recorded in Plat Book 14, page 29, in the Office of the Recorder of Lake County, Indiana.

Commonly known as: 938 169th Street, Hammond, IN 46324.

3. That the above-described real estate was encumbered with the following described mortgage lien recorded in the Office of the Recorder of Lake County, Indiana:

> A mortgage dated June 1, 2001, from Jeffrey E. MacDonald and Tammy A. MacDonald to Discount Funding, in the principal amount of $88,000.00, which mortgage was recorded on June 5, 2001, as Instrument No. 2001-042678 in the Office of the Recorder of Lake County Indiana. Said mortgage was last assigned to Bankers Trust Company as Trustee n/k/a Deutsche Bank Trust Company Americas, as Trustee, by assignment dated June 20, 2001 and recorded on May 14, 2003, as Instrument No. 2003-049267, in the Office of the Recorder of Lake County, Indiana.

4. That the unpaid principal balance is $85,113.20, with default interest at the rate of 8.50% per annum from April 1, 2005.

5. That the value to the estate of the bankrupt Debtors in the said real estate, after deducting the amount due Deutsche Bank Trust Company Americas, as Trustee and the bankrupt's exemption is inconsequential, and/or the Debtors are delinquent in paying the mortgage payments to Deutsche Bank Trust Company Americas, as Trustee, and Deutsche Bank Trust Company Americas, as Trustee requests that the said real estate be abandoned and the stay pursuant to 11 U.S.C. 362 be terminated immediately and not stayed pursuant to Rule 4001 (A)(3) to allow Deutsche Bank Trust Company Americas, as Trustee, its successors or assigns, to proceed to enforce its valid lien against the described real estate.

WHEREFORE, Deutsche Bank Trust Company Americas, as Trustee prays that the above described real estate be abandoned, that the Stay pursuant to 11 U.S.C. 362 be terminated immediately and not stayed pursuant to Rule 4001 (A)(3) against Deutsche Bank Trust Company Americas, as Trustee, its successors or assigns, to allow them to enforce its respective liens, judgments, and claims against the above described real estate, and for all other just and proper relief in the premises.

Respectfully submitted,

WOOD TUOHY GLEASON MERCER & HERRIN

By: /s/ Jennifer D. McNair
JENNIFER D. MCNAIR, #21220-49
WOOD TUOHY GLEASON MERCER & HERRIN
Bank One Center Tower
111 Monument Circle #3400
P.O. Box 44942
Indianapolis, IN 46244-0942
(317) 636-3551

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing has been served upon the following on December 5, 2005:

WILLIAM E. DETTRICH
3601 Ridge Rd
Highland, IN 46322
Attorney for Debtors

JEFFREY E. MACDONALD, Debtor
227 Webb St.
Hammond, IN 46320

TAMMY A. MACDONALD, Debtor
227 Webb St.
Hammond, IN 46320

DANIEL L. FREELAND, TRUSTEE
2136 45th Avenue
Highland, IN 46322

U.S. TRUSTEE
One Michiana Square, 5 Floor
100 E. Wayne Street
South Bend, IN 46601

By: /s/ Jennifer D. McNair
JENNIFER D. MCNAIR, #21220-49
WOOD TUOHY GLEASON MERCER & HERRIN
Bank One Center Tower
111 Monument Circle #3400
P.O. Box 44942
Indianapolis, IN 46244-0942
317-636-3551

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.