# UNITED STATES BANKRUPTCY COURT
**Northern District of Indiana**
**Hammond Division**

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Jeffrey E. MacDonald<br>xxx−xx−8242<br>227 Webb Street<br>Hammond, IN 46320<br><br>Tammy A. MacDonald aka Tammy James<br>xxx−xx−3417<br>227 Webb Street<br>Hammond, IN 46320 | )<br>)<br>)<br>) Case Number: 05−68053−jpk −jpk<br>)<br>)<br>)<br>)<br>)<br>)<br>) Chapter: 7<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DOCKET ENTRY

On January 18, 2006 , the following entry was made on the docket in this case:

Docket Entry: Hearing held on 1/13/06 RE:(related document(s)[15]Objection filed by Daniel L. Freeland to [10]Motion for Relief From Stay and Motion to Abandon filed by Deutsche Bank Trust Company Americas, as Trustee. APPEARANCES: Atty. Ramacci on behalf of Trustee. The hearing is continued by agreement of parties to 2/10/06 at 9:00 o'clock A.M. (pg, )

Christopher M. DeToro<br>
Clerk, United States Bankruptcy Court<br>
5400 Federal Plaza<br>
Hammond, Indiana 46320

Document No. 20 − 10, 15