UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE: )
)
JEFFREY E. MACDONALD and ) CASE NO. 05-68053-jpk
TAMMY A. MACDONALD )
)
Debtors. )

### ORDER OF ABANDONMENT AND MODIFYING THE STAY

At Hammond Indiana, in said District, upon the Motion of Deutsche Bank Trust Company Americas, as Trustee to abandon the real estate of the Debtors and to modify the Stay, and the Court, having considered said Motion and being duly advised in the premises, now grants said Motion.

IT IS THEREFORE ORDERED: That the real estate described as follows:

Lot 1 in F.R. Mott's Calumet Avenue Addition in Hammond, as per plat thereof, recorded in Plat Book 14, page 29, in the Office of the Recorder of Lake County, Indiana.

Commonly known as: 938 169th Street, Hammond, IN 46324

is hereby abandoned and that the stay pursuant to 11 U.S.C. 362 is hereby terminated immediately and not stayed pursuant to Rule 4001 (A)(3) as against Deutsche Bank Trust Company Americas, as Trustee, its successors or assigns, heretofore stayed from enforcing its valid liens, judgments and claims against the Debtors' described real estate.

DATED: Entered: February 8, 2006

*J. Philip Klingeberger*
UNITED STATES BANKRUPTCY JUDGE