B18J (10/05)

# United States Bankruptcy Court

Northern District of Indiana
**Case No. 05–68053–jpk**
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jeffrey E. MacDonald | Tammy A. MacDonald |
| 227 Webb Street | aka Tammy James |
| Hammond, IN 46320 | 227 Webb Street |
| | Hammond, IN 46320 |

Last four digits of Social Security Nos.:
xxx–xx–8242                                        xxx–xx–3417

Employer's Tax I.D. No.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 8/1/06                                        J. Philip Klingeberger
                                                     United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18J continued (10/05)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A JOINT CHAPTER 7 CASE

This court order grants a discharge to the persons named as the debtors. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtors a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtors. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtors' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes; (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans. (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0755-6            User: dzack                   Page 1 of 1                   Date Rcvd: Aug 01, 2006
Case: 05-68053                  Form ID: B18J                 Total Served: 34


The following entities were served by first class mail on Aug 03, 2006.
db         +Jeffrey E. MacDonald,   227 Webb Street,   Hammond, IN 46320-2309
jdb        +Tammy A. MacDonald,   227 Webb Street,   Hammond, IN 46320-2309
cr          American Express Travel Related Services Co.,   c/o Becket and Lee, LLP,   P.O. Box 3001,
              Malvern, PA 19355-0701
8404249     AM-EX,   Nationwide Credit Inc.,   P.O. Box 740640,   Atlanta, GA 30374-0640
8404248    +AM-EX,   NCO Financial Systems,   P.O. Box 41747,   Philadelphia, PA 19101-1747
8547544     American Express Travel Related Services Co., Inc,   c/o Becket and Lee, LLP,   POB 3001,
              Malvern, PA 19355-0701
8547022     American Express Travel Related Services Co., Inc.,   c/o Becket and Lee, LLP,   P.O. Box 3001,
              Malvern, PA 19355-0701
8404252     Bank One,   Encore Reeivable Mgmt. Inc.,   P.O. Box 3330,   Olathe, KS 66063-3330
8404251    +Bank One,   Client Services, Inc.,   3451 Harry Truman Blvd.,   Saint Charles, MO 63301-9816
8404250     Bank of America,   Creditors Interchange,   P.O. Box 1335,   Buffalo, NY 14240-1335
8404253    +Best Buy,   EMCC Receivables LLC,   33 Riberside Drive,   Pembroke, MA 02359-1951
8404254    +Capital One,   Bowman, Heintz, Boscia & Vician, PC,   8605 Broadway,   Merrillville, IN 46410-5598
8404255    +Chase,   Client Services,   3451 Harry Truman Blvd.,   Saint Charles, MO 63301-9816
8404256     Citicards,   Citicorp. Credit Service, Inc.,   P.O. Box 140516,   Toledo, OH 43614-0516
8404257    +Discover,   R. Matthew Van Sickle,   525 Vine St., Suite 800,   Cincinnati, OH 45202-3122
8404258     GE Consumer,   NCO Financial Systems,   P.O. Box 41457,   Philadelphia, PA 19101-1457
8404259     Home Depot,   OSI Collection Services, Inc.,   P.O. Box 946,   Brookfield, WI 53008-0946
8471494     Indiana Department of Revenue,   100 North Senate,   Room N203,   Indianapolis IN  46204-2217
8471495    +Indiana Gross Inc Div,   P.O. Box 595,   Indianapolis IN 46206-0595
8666554     LVNV Funding LLC its successors and assigns,   c/o Resurgent Capital Services,   PO Box 10587,
              Greenville, SC  29603-0587
8471493    +Lake County Treasurer,   2293 North Main Street,   Crown Point IN 46307-1854
8404260     MBNA,   Truelogic Financial Corp.,   P.O. Box 4387,   Englewood, CO 80155-4387
8404262    +MBNA,   Kenneth R. Wake,   125 S. Wacker Dr., Suite 400,   Chicago, IL 60606-4440
8404261    +MBNA,   Wolpoff & Abramson, LLP,   Two Irvington Centre,   702 King Farm Blvd.,
              Rockville, MD 20850-5774
8404263     Meijer,   NCO Financial Systems,   P.O. Box 41457,   Philadelphia, PA 19101-1457
8404264    +Mendards,   Pioneer Credit Recovery Inc.,   P.O. Box 279,   Arcade, NY 14009-0279
8404265    +National City,   Wood Touhy Gleason Mercer & Herrin,   111 Monument Circle, Suite 3400,
              Indianapolis, IN 46204-5199
8654867    +National City Mortgage,   3232 Newmark Drive,   Miamisburg, OH 45342-5433
8404266     S & S Lending,   Global Collection Services,   P.O. Box 639,   Madisonville, LA 70447-0639
8662150    +Sands,   c/o Swank and Associates,   PO Box 639,   Madisonville LA 70447-0639
8702019    +TrueLogic Financial Corp,   PO BOX 4238,   Englewood, CO 80155-4238
8404267    +Walmart,   NCO Financial Systems,   P.O. Box 41747,   Philadelphia, PA 19101-1747
The following entities were served by electronic transmission on Aug 02, 2006 and receipt of the transmission
was confirmed on:
8681518      EDI: BECKLEE.COM Aug 01 2006 21:27:00     American Express Centurion Bank,
              c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
8547366      EDI: BECKLEE.COM Aug 01 2006 21:27:00     American Express Centurion Bank,
              c/o Becket and Lee, LLP,   P.O. Box 3001,   Malvern, PA 19355-0701
8404250      EDI: BANKAMER2.COM Aug 01 2006 21:27:00     Bank of America,   Creditors Interchange,
              P.O. Box 1335,   Buffalo, NY 14240-1335
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          American Express Centurion Bank,   c/o Becket and Lee, LLP,   P.O. Box 3001,
              Malvern, PA  19355-0701
8577515*     American Express Centurion Bank,   c/o Becket and Lee, LLP,   P.O. Box 3001,
              Malvern, PA 19355-0701
                                                                                              TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 03, 2006**            **Signature:**   *Joseph Speetjens*