UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| MACDONALD, JEFFREY E. & and ) | CASE NO.: 05-68053 |
| MACDONALD, TAMMY A. ) | CHAPTER 7 BANKRUPTCY |
| ) | |
| Debtors. ) | |

### ORDER ON TRUSTEE'S OBJECTION TO CLAIM

This matter came before the Court on Trustee's Objection to Claim.

The Court being duly advised in the premises, and finding that notice has been given to National City Mortgage, and no hearing is required, does now GRANT said application.

IT IS THEREFORE ORDERED that Claim Number 1 of National City Mortgage is denied. OR is disallowed as a secured claim; however, Claimant is granted twenty (20) days from the date of this Order to file an amended claim stating an unsecured amount due pursuant to 11 U.S.C. §506(a).

ENTERED:  November 2, 2006

*J. Philip Klingeberger*
_____
Judge, U.S. Bankruptcy Court

Distribution:
U.S. Trustee, One Michiana Square, 555, 100 E. Wayne St., South Bend, IN 46601
Daniel L. Freeland, Trustee, 2136 45th Avenue, Highland, IN 46322
National City Mortgage, 3232 Newmark Drive, Miamisburg, OH 45342-
William E. Dittrich, 3601 Ridge Road, Highland, IN  46322
Jeffrey and Tammy Macdonald, 227 E Webb St, Hammond, IN  44011