UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: | \| |
| | \| |
| MACDONALD, JEFFREY E. & | \| |
| MACDONALD, TAMMY A. | \| |
| | \|    CASE NO. 05-68053 JPK |
| | \| |
| Debtor(s) | \| |

**TRUSTEE'S FINAL REPORT AND DISTRIBUTION SUMMARY**

Daniel L. Freeland, Trustee of the estate of the above-named Debtor, certifies to the Court and the United States Trustee, that the Trustee has faithfully and properly fulfilled the duties of the office of the Trustee, that the Trustee has examined all proofs of claims as appropriate under the Distribution Summary and that the Distribution Summary attached hereto is proper and consistent with the law and rules of Court.

Therefore, the Trustee requests that the Final Report and Distribution Summary be accepted.

DATED: December 27, 2006          /s/ Daniel L. Freeland
                                   DANIEL L. FREELAND
                                   2136 45th Avenue
                                   Highland, IN  46322
                                   219-922-0800
                                   dlf9601t@aol.com

Printed:  12/20/06 02:23 PM            **Claims Distribution Register**                    Page: 1

**Trustee:  DANIEL L. FREELAND  (340410)**

**Case:**  05-68053  -  MACDONALD, JEFFREY E. &

| Claim # | Date | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Percent Paid |
|---|---|---|---|---|---|---|---|---|---|
| **Claim Type: Secured** | | | | | | | | | |
| 1 | 05/25/06 | 100 | National City Mortgage<br>3232 Newmark Drive<br>Miamisburg, OH 45342 | 112,251.89 * | 0.00 | 0.00 | 0.00 | 0.00 | |
| | | | **Category:** Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | | | | | | |
| **Claim Type: Admin Ch. 7** | | | | | | | | | |
| | 10/14/05 | 200 | DANIEL L. FREELAND<br>2136 45th Avenue<br>Highland, IN 46322 | 835.66 | 835.66 | 0.00 | 835.66 | 835.66 | 100.00000 |
| | | | **Category:** Trustee Compensation | | | | | | |
| | 10/14/05 | 200 | DANIEL L. FREELAND<br>2136 45th Avenue<br>Highland, IN 46322 | 43.24 | 43.24 | 0.00 | 43.24 | 43.24 | 100.00000 |
| | | | **Category:** Trustee Expenses | | | | | | |
| | | | **Total for Priority 200 :** | $878.90 | $878.90 | $0.00 | $878.90 | $878.90 | |
| | | | **Total for Type  Admin Ch. 7 :** | $878.90 | $878.90 | $0.00 | $878.90 | $878.90 | |

**Claim Type:** Unsecured

(*) Denotes objection to Amount Filed

Printed: 12/20/06 02:23 PM                    **Claims Distribution Register**                    Page: 2

**Trustee: DANIEL L. FREELAND (340410)**

Case: 05-68053 - MACDONALD, JEFFREY E. &

| Claim # | Date | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Percent Paid |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 06/05/06 | 610 | Sands<br>c/o Swank and Associates<br>PO Box 639<br>Madisonville, LA 70447 | 1,898.58 | 1,898.58 | 0.00 | 1,898.58 | 47.58 | 2.50538 |
| | | | Category: General Unsecured § 726(a)(2) | | | | | | |
| 3 | 06/13/06 | 610 | LVNV Funding LLC its successors and assigns<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | 10,070.33 | 10,070.33 | 0.00 | 10,070.33 | 252.30 | 2.50538 |
| | | | Category: General Unsecured § 726(a)(2) | | | | | | |
| 4 | 06/13/06 | 610 | LVNV Funding LLC its successors and assigns<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | 6,219.53 | 6,219.53 | 0.00 | 6,219.53 | 155.82 | 2.50538 |
| | | | Category: General Unsecured § 726(a)(2) | | | | | | |
| 5 | 06/30/06 | 610 | American Express Travel Related Services Co., Inc<br>c/o Becket and Lee, LLP<br>POB 3001<br>Malvern, PA 19355-0701 | 968.84 | 968.84 | 0.00 | 968.84 | 24.27 | 2.50538 |
| | | | Category: General Unsecured § 726(a)(2) | | | | | | |
| 6 | 06/30/06 | 610 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | 10,481.23 | 10,481.23 | 0.00 | 10,481.23 | 262.59 | 2.50538 |
| | | | Category: General Unsecured § 726(a)(2) | | | | | | |

Printed: 12/20/06 02:23 PM

# Claims Distribution Register

Page: 3

**Trustee: DANIEL L. FREELAND (340410)**

**Case:** 05-68053 - MACDONALD, JEFFREY E. &

| Claim # | Date | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Percent Paid |
|---|---|---|---|---|---|---|---|---|---|
| 7 | 07/26/06 | 610 | TrueLogic Financial Corp<br>PO BOX 4238<br>Englewood, CO 80155 | 18,852.00 | 18,852.00 | 0.00 | 18,852.00 | 472.31 | 2.50538 |
|  |  |  | **Category:** General Unsecured § 726(a)(2) |  |  |  |  |  |  |
| 8 | 08/04/06 | 610 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | 13,791.99 | 13,791.99 | 0.00 | 13,791.99 | 345.54 | 2.50538 |
|  |  |  | **Category:** General Unsecured § 726(a)(2) |  |  |  |  |  |  |
| 9 | 08/10/06 | 610 | eCAST Settlement Corporation assignee of<br>Chase Bank USA N A<br>POB 35480<br>Newark, NJ 07193-5480 | 17,355.75 | 17,355.75 | 0.00 | 17,355.75 | 434.83 | 2.50538 |
|  |  |  | **Category:** General Unsecured § 726(a)(2) |  |  |  |  |  |  |
| 10 | 08/10/06 | 610 | eCAST Settlement Corporation assignee of<br>Chase Bank USA N A<br>POB 35480<br>Newark, NJ 07193-5480 | 18,698.97 | 18,698.97 | 0.00 | 18,698.97 | 468.48 | 2.50538 |
|  |  |  | **Category:** General Unsecured § 726(a)(2) |  |  |  |  |  |  |
|  |  |  | **Total for Priority 610 :** | **$98,337.22** | **$98,337.22** | **$0.00** | **$98,337.22** | **$2,463.72** |  |
|  |  |  | **Total for Type Unsecured :** | **$98,337.22** | **$98,337.22** | **$0.00** | **$98,337.22** | **$2,463.72** |  |
|  |  |  | **Total for Case:** | **$211,468.01** | **$99,216.12** | **$0.00** | **$99,216.12** | **$3,342.62** |  |

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

Page: 1

| Case Number: | 05-68053 JPK | Trustee: | (340410) DANIEL L. FREELAND |
| --- | --- | --- | --- |
| Case Name: | MACDONALD, JEFFREY E. & MACDONALD, TAMMY A. | Filed (f) or Converted (c): | 10/14/05 (f) |
| | | §341(a) Meeting Date: | 12/27/05 |
| Period Ending: | 12/20/06 | Claims Bar Date: | 08/25/06 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 227 Webb, Hammond | 125,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 938 169th, Hammond | 130,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | 5950 N. Kenmore, Chicago IL | 100,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | CASH ON HAND | 40.00 | 0.00 | DA | 0.00 | FA |
| 5 | Harris Bank | 38.00 | 0.00 | DA | 0.00 | FA |
| 6 | HOUSEHOLD GOODS AND FURNISHINGS | 650.00 | 0.00 | DA | 0.00 | FA |
| 7 | WEARING APPAREL | 250.00 | 0.00 | DA | 0.00 | FA |
| 8 | Beaver Coat, Watches and Rings | 400.00 | 0.00 | DA | 0.00 | FA |
| 9 | Pension | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | Real Estate Lincense | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | 1992 Plymouth Voyager | 500.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2003 Dodge Caravan | 10,500.00 | 0.00 | DA | 0.00 | FA |
| 13 | Hand Tools | 250.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2005 Federal Tax Refund  (u) | 4,240.00 | 3,333.92 | | 4,240.00 | FA |
| 15 | 2005 Illinois Tax Refund  (u) | 385.00 | 302.73 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 8.70 | Unknown |
| 16 | **Assets**   Totals (Excluding unknown values) | **$372,253.00** | **$3,636.65** | | **$4,248.70** | **$0.00** |

Printed: 12/20/2006 02:24 PM    V.8.12

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 05-68053 JPK | Trustee: | (340410) DANIEL L. FREELAND |
|---|---|---|---|
| Case Name: | MACDONALD, JEFFREY E. & MACDONALD, TAMMY A. | Filed (f) or Converted (c): | 10/14/05 (f) |
| | | §341(a) Meeting Date: | 12/27/05 |
| Period Ending: | 12/20/06 | Claims Bar Date: | 08/25/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

　　Awaiting Order on Claim Objection - TFR to be submitted when same is entered
　　State Tax refund uncollectable

**Initial Projected Date Of Final Report (TFR):** April 30, 2007　　　**Current Projected Date Of Final Report (TFR):** April 30, 2007

Printed: 12/20/2006 02:24 PM　　V.8.12

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

| Case Number: | 05-68053 JPK | | Trustee: | DANIEL L. FREELAND (340410) |
|---|---|---|---|---|
| Case Name: | MACDONALD, JEFFREY E. & | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | MACDONALD, TAMMY A. | | Account: | ***-*****58-65 - Money Market Account |
| Taxpayer ID #: | 13-7522687 | | Blanket Bond: | $80,333,391.00   (per case limit) |
| Period Ending: | 12/20/06 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/08/06 | {14} | UNITED STATES TREASURY | 2005 FEDERAL TAX REFUND | 1224-000 | 4,240.00 | | 4,240.00 |
| 05/11/06 | | To Account #********5866 | TRANSFER FOR INTERIM DISTRIBUTION | 9999-000 | | 906.08 | 3,333.92 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 1.53 | | 3,335.45 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 2.19 | | 3,337.64 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 2.27 | | 3,339.91 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 2.27 | | 3,342.18 |
| 09/07/06 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.8000% | 1270-000 | 0.44 | | 3,342.62 |
| 09/07/06 | | To Account #********5866 | TRANSFER FOR FINAL DISTRIBUTION | 9999-000 | | 3,342.62 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **4,248.70** | **4,248.70** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 4,248.70 | |
| | | | **Subtotal** | | **4,248.70** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,248.70** | **$0.00** | |

{} Asset reference(s)   Printed: 12/20/2006 02:23 PM    V.8.12

## Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 05-68053 JPK | Trustee: | DANIEL L. FREELAND (340410) |
|---|---|---|---|
| Case Name: | MACDONALD, JEFFREY E. & MACDONALD, TAMMY A. | Bank Name: Account: | JPMORGAN CHASE BANK, N.A. ***-*****58-66 - Checking Account |
| Taxpayer ID #: | 13-7522687 | Blanket Bond: | $80,333,391.00   (per case limit) |
| Period Ending: | 12/20/06 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---:|---:|---:|
| 05/11/06 |  | From Account #********5865 | TRANSFER FOR INTERIM DISTRIBUTION | 9999-000 | 906.08 |  | 906.08 |
| 05/11/06 | 101 | JEFFREY & TAMMY MacDONALD | Proration to Debtors - 2005 Federal tax refund | 8500-002 |  | 906.08 | 0.00 |
| 09/07/06 |  | From Account #********5865 | TRANSFER FOR FINAL DISTRIBUTION | 9999-000 | 3,342.62 |  | 3,342.62 |
|  |  |  | **ACCOUNT TOTALS** |  | **4,248.70** | **906.08** | **$3,342.62** |
|  |  |  | Less: Bank Transfers |  | 4,248.70 | 0.00 |  |
|  |  |  | **Subtotal** |  | **0.00** | **906.08** |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$0.00** | **$906.08** |  |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| **MMA # ***-*****58-65** | 4,248.70 | 0.00 | 0.00 |
| **Checking # ***-*****58-66** | 0.00 | 906.08 | 3,342.62 |
|  | $4,248.70 | $906.08 | $3,342.62 |

{} Asset reference(s)