UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

IN RE:                                    |
MACDONALD, JEFFREY E. &                   |
MACDONALD, TAMMY A.                       |
                                          |        CASE NO. 05-68053 JPK
                                          |
            Debtor(s)                     |

**TRUSTEE'S FINAL ACCOUNT AND**
**APPLICATION FOR CLOSING AND DISCHARGE**

DANIEL L. FREELAND of the estate of the above-named Debtor, certifies to the Court and the United States Trustee, that this estate has been fully administered. A Trustee's Final Report has been filed and proper disbursements completed. No funds or assets of the estate remain.

Therefore, pursuant to FRBP 5009, the Trustee requests that this Final Account be accepted, and that the Court order the case closed and discharge the Trustee of any further duties.

**DATED:**  May 25, 2007                        /s/  Daniel L. Freeland
                                         **DANIEL L. FREELAND**
                                         2136 - 45th Street
                                         Highland, IN  46322
                                         (219) 922-0800
                                         dlf9601t@aol.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

IN RE:                                    |
MACDONALD, JEFFREY E. &                   |
MACDONALD, TAMMY A.                       |
                                          |      CASE NO. 05-68053 JPK
                                          |
          Debtor(s)                       |

**CHAPTER 7 ASSET CASE SUMMARY OF FINAL ACCOUNT**

$_____4,248.70      1.      TOTAL RECEIPTS

                                        **FEES AND EXPENSES**

     $_____835.66    2.      TRUSTEE COMPENSATION

     $_____0.00    3.      ATTORNEY FOR TRUSTEE FEE

     $_____0.00    4.      OUTSIDE ATTORNEY FEE

     $_____43.24    5.      TRUSTEE EXPENSES

     $_____0.00    6.      OTHER PROFESSIONAL FEES AND
                                         EXPENSES

     $_____0.00    7.      ADMINISTRATIVE COSTS

                                        TOTAL OF 4-7 $43.24_____

                                        **DISTRIBUTION**

     $_____0.00    8.      SECURED CREDITORS

     $_____0.00    9.      PRIORITY CREDITORS

     $_____2,463.72    10.     UNSECURED CREDITORS

     $_____0.00    11.     EQUITY SECURITY HOLDERS

     $_____906.08    12.     PAYMENTS TO DEBTOR(S)

     $_____0.00    13.     OTHER DISTRIBUTIONS

$_____4,248.70      14.     TOTAL DISBURSEMENTS

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 05-68053 JPK | |
| **Case Name:** | MACDONALD, JEFFREY E. & | |
| | MACDONALD, TAMMY A. | |
| **Taxpayer ID #:** | 13-7522687 | |
| **Period Ending:** | 05/25/07 | |

| | |
|---|---|
| **Trustee:** | DANIEL L. FREELAND (340410) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | \*\*\*-\*\*\*\*\*58-65 - Money Market Account |
| **Blanket Bond:** | $80,333,391.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/08/06 | {14} | UNITED STATES TREASURY | 2005 FEDERAL TAX REFUND | 1224-000 | 4,240.00 | | 4,240.00 |
| 05/11/06 | | To Account #\*\*\*\*\*\*\*5866 | TRANSFER FOR INTERIM DISTRIBUTION | 9999-000 | | 906.08 | 3,333.92 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 1.53 | | 3,335.45 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 2.19 | | 3,337.64 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 2.27 | | 3,339.91 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 2.27 | | 3,342.18 |
| 09/07/06 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.8000% | 1270-000 | 0.44 | | 3,342.62 |
| 09/07/06 | | To Account #\*\*\*\*\*\*\*5866 | TRANSFER FOR FINAL DISTRIBUTION | 9999-000 | | 3,342.62 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 4,248.70 | 4,248.70 | $0.00 |
| Less: Bank Transfers | 0.00 | 4,248.70 | |
| **Subtotal** | 4,248.70 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$4,248.70** | **$0.00** | |

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 05-68053 JPK | Trustee: | DANIEL L. FREELAND (340410) |
| Case Name: | MACDONALD, JEFFREY E. & | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | MACDONALD, TAMMY A. | Account: | ***-*****58-66 - Checking Account |
| Taxpayer ID #: | 13-7522687 | Blanket Bond: | $80,333,391.00  (per case limit) |
| Period Ending: | 05/25/07 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/11/06 | | From Account #********5865 | TRANSFER FOR INTERIM DISTRIBUTION | 9999-000 | 906.08 | | 906.08 |
| 05/11/06 | 101 | JEFFREY & TAMMY MacDONALD | Proration to Debtors - 2005 Federal tax refund | 8500-002 | | 906.08 | 0.00 |
| 09/07/06 | | From Account #********5865 | TRANSFER FOR FINAL DISTRIBUTION | 9999-000 | 3,342.62 | | 3,342.62 |
| 02/13/07 | 102 | DANIEL L. FREELAND | Dividend paid 100.00% on $835.66, Trustee Compensation;  Reference: | 2100-000 | | 835.66 | 2,506.96 |
| 02/13/07 | 103 | DANIEL L. FREELAND | Dividend paid 100.00% on $43.24, Trustee Expenses;  Reference: | 2200-000 | | 43.24 | 2,463.72 |
| 02/13/07 | 104 | Sands | Dividend paid  2.50% on $1,898.58; Claim# 2; Filed: $1,898.58; Reference: 8242 | 7100-000 | | 47.58 | 2,416.14 |
| 02/13/07 | 105 | LVNV Funding LLC its successors and assigns | Dividend paid  2.50% on $10,070.33; Claim# 3; Filed: $10,070.33; Reference: 7344 | 7100-000 | | 252.30 | 2,163.84 |
| 02/13/07 | 106 | LVNV Funding LLC its successors and assigns | Dividend paid  2.50% on $6,219.53; Claim# 4; Filed: $6,219.53; Reference: 1904 | 7100-000 | | 155.82 | 2,008.02 |
| 02/13/07 | 107 | American Express Travel Related Services Co., Inc | Dividend paid  2.50% on $968.84; Claim# 5; Filed: $968.84; Reference: 2006 | 7100-000 | | 24.27 | 1,983.75 |
| 02/13/07 | 108 | American Express Centurion Bank | Dividend paid  2.50% on $10,481.23; Claim# 6; Filed: $10,481.23; Reference: 2009 | 7100-000 | | 262.59 | 1,721.16 |
| 02/13/07 | 109 | TrueLogic Financial Corp | Dividend paid  2.50% on $18,852.00; Claim# 7; Filed: $18,852.00; Reference: | 7100-000 | | 472.31 | 1,248.85 |
| 02/13/07 | 110 | American Express Centurion Bank | Dividend paid  2.50% on $13,791.99; Claim# 8; Filed: $13,791.99; Reference: 1004 | 7100-000 | | 345.54 | 903.31 |
| 02/13/07 | 111 | eCAST Settlement Corporation assignee of | Dividend paid  2.50% on $17,355.75; Claim# 9; Filed: $17,355.75; Reference: 6486 | 7100-000 | | 434.83 | 468.48 |
| 02/13/07 | 112 | eCAST Settlement Corporation assignee of | Dividend paid  2.50% on $18,698.97; Claim# 10; Filed: $18,698.97; Reference: 3860 | 7100-000 | | 468.48 | 0.00 |

Subtotals :  $4,248.70  $4,248.70

{} Asset reference(s)

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 05-68053 JPK |
| **Case Name:** | MACDONALD, JEFFREY E. & |
| | MACDONALD, TAMMY A. |
| **Taxpayer ID #:** | 13-7522687 |
| **Period Ending:** | 05/25/07 |

| | |
|---|---|
| **Trustee:** | DANIEL L. FREELAND (340410) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****58-66 - Checking Account |
| **Blanket Bond:** | $80,333,391.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 4,248.70 | 4,248.70 | $0.00 |
| | | | Less: Bank Transfers | | 4,248.70 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 4,248.70 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$4,248.70** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # ***-*****58-65** | 4,248.70 | 0.00 | 0.00 |
| **Checking # ***-*****58-66** | 0.00 | 4,248.70 | 0.00 |
| | **$4,248.70** | **$4,248.70** | **$0.00** |

{} Asset reference(s)

Printed: 05/25/2007 10:49 AM    V.9.02

**PART A**       **FORM 4 - Distribution Report for Closed Asset Cases**

**Case No.** : 5560568053       **Date Submitted:** 05/25/07
**Case Name:** MACDONALD, JEFFREY E. &       **Trustee Name** : DANIEL L. FREELAND
**Date Filed/Converted to Ch. 7:** 10/14/05

| | $ AMOUNT RECEIVED | % OF RECEIPTS |
|---|---|---|
| GROSS RECEIPTS | $4,248.70 | 100.00% |
| Less: Funds Paid to Debtor: | | |
| Exemptions | 0.00 | 0.00% |
| Excess Funds | 0.00 | 0.00% |
| Funds Paid to 3rd Parties | 906.08 | 21.33% |
| NET RECEIPTS (basis for computing maximum trustee fee) | $3,342.62 | 78.67% |

| SECURED CLAIMS: | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---|---|---|
| Real Estate | $0.00 | $0.00 | 0.00% |
| Personal Property & Intangibles | 0.00 | 0.00 | 0.00% |
| Internal Revenue Service Tax Liens | 0.00 | 0.00 | 0.00% |
| Other Governmental Tax Liens | 0.00 | 0.00 | 0.00% |
| TOTAL SECURED CLAIMS | $0.00 | $0.00 | 0.00% |
| PRIORITY CLAIMS: | | | |
| CHAPTER 7 ADMINISTRATIVE FEES 507(a)(1)(C) and (2), and CHARGES under Title 28, Chapter 123: | | | |
| Trustee Fees | $835.66 | $835.66 | 19.67% |
| Trustee Expenses | 43.24 | 43.24 | 1.02% |
| Legal Fees & Expenses: | | | |
| Trustee's Firm Legal Fees | 0.00 | 0.00 | 0.00% |
| Trustee's Firm Legal Expenses | 0.00 | 0.00 | 0.00% |
| Other Firm's Legal Fees | 0.00 | 0.00 | 0.00% |
| Other Firm's Legal Expenses | 0.00 | 0.00 | 0.00% |
| Accounting Fees & Expenses: | | | |
| Trustee's Firm Accounting Fees | 0.00 | 0.00 | 0.00% |
| Trustee's Firm Accounting Expenses | 0.00 | 0.00 | 0.00% |
| Other Firm's Accounting Fees | 0.00 | 0.00 | 0.00% |
| Other Firm's Accounting Expenses | 0.00 | 0.00 | 0.00% |
| Real Estate Commissions | 0.00 | 0.00 | 0.00% |
| Auctioneer/Liquidator Fees | 0.00 | 0.00 | 0.00% |
| Auctioneer/Liquidator Expenses | 0.00 | 0.00 | 0.00% |
| Other Professional Fees/Expenses | 0.00 | 0.00 | 0.00% |
| Expenses of Operating Business in Chapter 7 | 0.00 | 0.00 | 0.00% |
| Other Expenses | 0.00 | 0.00 | 0.00% |
| Income Tax - Internal Revenue Service | 0.00 | 0.00 | 0.00% |
| Other State or Local Income or Business Taxes | 0.00 | 0.00 | 0.00% |
| U.S. Trustee Fees | 0.00 | 0.00 | 0.00% |
| Court Costs | 0.00 | 0.00 | 0.00% |
| TOTAL CHAPTER 7 ADMINISTRATIVE FEES & CHARGES | $878.90 | $878.90 | 20.69% |
| TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES 507(a)(1)(C) and (2) (From attached Part B) | $0.00 | $0.00 | 0.00% |
| WAGES 507(a)(3) | 0.00 | 0.00 | 0.00% |
| CONTRIBUTIONS: EMPLOYEE BENEFIT PLANS 507(a)(4) | 0.00 | 0.00 | 0.00% |
| ALIMONY & CHILD SUPPORT 507(a)(7) | 0.00 | 0.00 | 0.00% |
| CLAIMS ON GOVERNMENTAL UNITS 507(a)(8) | 0.00 | 0.00 | 0.00% |
| OTHER 507(a)(2), (5), (6) & (9) | 0.00 | 0.00 | 0.00% |
| TOTAL PRIORITY CLAIMS: WAGES 507(a)(3) through OTHER 507(a)(2),(5),(6) & (9) | $0.00 | $0.00 | 0.00% |
| GENERAL UNSECURED CLAIMS | $98,337.22 | $2,463.72 | 57.99% |
| TOTAL DISBURSEMENTS | $99,216.12 | $3,342.62 | 78.67% |

**PART B**        **FORM 4 - Distribution Report for Closed Asset Cases**

**Case No.**    : 5560568053                    **Date Submitted:** 05/25/07
**Case Name :** MACDONALD, JEFFREY E. &           **Trustee Name :** DANIEL L. FREELAND
**Date Filed/Converted to Ch. 7 :** 10/14/05

| | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---|---|---|
| PRIOR CHAPTER ADMINISTRATIVE FEES 507(a)(1): | | | |
| Trustee Fees | 0.00 | 0.00 | 0.00% |
| Trustee Expenses | 0.00 | 0.00 | 0.00% |
| Legal Fees & Expenses: | | | |
| Trustee's Firm Legal Fees | 0.00 | 0.00 | 0.00% |
| Trustee's Firm Legal Expenses | 0.00 | 0.00 | 0.00% |
| Other Firm's Legal Fees | 0.00 | 0.00 | 0.00% |
| Other Firm's Legal Expenses | 0.00 | 0.00 | 0.00% |
| Accounting Fees & Expenses: | | | |
| Trustee's Firm Accounting Fees | 0.00 | 0.00 | 0.00% |
| Trustee's Firm Accounting Expenses | 0.00 | 0.00 | 0.00% |
| Other Firm's Accounting Fees | 0.00 | 0.00 | 0.00% |
| Other Firm's Accounting Expenses | 0.00 | 0.00 | 0.00% |
| Real Estate Commissions | 0.00 | 0.00 | 0.00% |
| Auctioneer/Liquidator Fees | 0.00 | 0.00 | 0.00% |
| Auctioneer/Liquidator Expenses | 0.00 | 0.00 | 0.00% |
| Other Professional Fees/Expenses | 0.00 | 0.00 | 0.00% |
| Income Tax - Internal Revenue Service | 0.00 | 0.00 | 0.00% |
| Other State or Local Taxes | 0.00 | 0.00 | 0.00% |
| Operating Expenses | 0.00 | 0.00 | 0.00% |
| Other Expenses | 0.00 | 0.00 | 0.00% |
| **TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES** | $0.00 | $0.00 | 0.00% |